# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:
    THOMAS MICHAEL STEVENS
    BARBARA GAIL STEVENS

                                    Case No.:3:10-bk- 03371-PMG

Debtor(s)                              Chapter 13
_____/

THOMAS MICHAEL STEVENS
BARBARA GAIL STEVENS                ADV. PRO. NO. 15-0279
    PLAINTIFFS,
V

RUSHMORE LOAN MANAGEMENT SERVICES, LLC,
    DEFENDANT.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLAINTIFFS, THOMAS and BARBARA STEVENS and DEFENDANT, USHMORE LOAN MANAGEMENT SERVICES, LLC, pursuant to Fed.R.Bankr.P. 7041(a), stipulate to the dismissal of the above proceeding with each party bearing its own fees and costs.

Agreed to this __12__ day of April, 2016.

Law Offices of Mickler & Mickler, LLP

By:_/s/ Bryan K. Mickler___
Bryan K. Mickler
Florida Bar No. 091790
Attorneys for Plaintiff(s)
5452 Arlington Expressway
Jacksonville, FL 32211
904.725.0822

**SHD Legal Group P.A.**
Attorneys for **Rushmore Loan Management, LLC**
PO BOX 19519
Fort Lauderdale, FL 33318
Telephone: (954) 564 0071
Facsimile: (954) 564 9252

Service E-mail: answers@shdlegalgroup.com
By:__/s/ Adam A. Diaz_____
Adam A. Diaz
Florida Bar No. 98379

docs\bankrupt\forms\stipdis.adv